No. 02–5746. SPEARS v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–5897. COSBY v. CLARKE ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–5900. PURCELL v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 02–5902. MCDAVIS v. PENNSYLVANIA STATE GOVERNOR ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5905. WATKINS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 02–5909. WILLIAMS v. JONES, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–5912. HURST v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–5913. HALL v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 02–5914. GARDNER v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–5919. GOLDSMITH v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 02–5921. KHAN v. LUCAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–5927. MULDOON v. C. J. MULDOON & SONS ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–5930. JONES, AKA HAMPTON v. SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 02–5931. BANE v. JOHNSON, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5932. LAWSON v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.